1  STEVEN M. WOODSIDE, COUNTY COUNSEL
   Steven M. Perl, SBN 100074
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4  Attorneys for Defendants
   Edward S. Berberian, Leon Kousharian

5

6

7                    U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

8

9  John A. Olagues,                          Case No.: CV 14-0818 WHA

10          Plaintiff,                        REQUEST FOR JUDICIAL NOTICE IN
                                              SUPPORT OF DEFENDANTS EDWARD S.
11      v.                                    BERBERIAN AND LEON KOUSHARIAN'S
                                              MOTION TO DISMISS [FRCP 12 (b)(6)]
12 Edward S. Berberian, DA Marin County, Marin
   County Counsel, Attorney Leon Kousharian,
13 Investigator Patricia Stafford, Peggy Bennington,
   California Attorney General, FBI, Jefferson Parish
14 Sheriff, Jefferson Parish DA, New Orleans DA, et    DATE:        5/22/14
   al.,                                                TIME:        8:00 A. M.
15                                                     COURTROOM:  8, 19TH FLOOR
            Defendants.                                JUDGE:  HON. WILLIAM H. ALSOP
16
                                                       COMPLAINT FILED:  2/21/14
17                                                     TRIAL DATE:  NOT SET

18

19          Defendants Edward S. Berberian and Leon Kousharian respectfully request that pursuant to

20  Federal Rules of Evidence, Rule 201, this Court take judicial notice of the following adjudicative facts:

21      **Exhibit A:**  Documents related to criminal action against plaintiff :

22          Order to Show Cause/Temporary Restraining Order, issued 7/21/03 and filed 7/22/03 in *Jensen*

23  *v. Olagues*, Marin County Superior Court action # 03-3401 (Exhibit A-1);

24          Arrest Warrant – Felony issued 7/22/03 and filed 1/20/04 in *People v. Olagues*, Marin County

25  Superior Court action # SC130753A (Exhibit A-2);

26          Complaint, dated 7/22/03, filed in *People v. Olagues*, Marin County Superior Court action #

27  SC130753A (Exhibit A-3);

28          Minute Order in *People v. Olagues*, Marin County Superior Court action # SC130753A – Fifth

1  Day Jury Trial – Found Guilty, 6/21/05 (Exhibit A-4);

2       Minute Order in *People v. Olagues*, Marin County Superior Court action # SC130753A – Report

3  and Judgment, 11/4/05 (Exhibit A-5).

4       **Exhibit B:**  Documents from plaintiff's first and second civil lawsuits:

5       Complaint in *Olagues, et. al. v. Stafford, et. al.*, U. S District Court, Eastern District of Louisiana

6  action # 03-3428, filed 12/4/03 (exhibits omitted) (Exhibit B-1);

7       Notice of Removal of *Olagues v. Jensen, et. al.* (originally Louisiana 24th Judicial District Court

8  action # 597-588) to U.S. District Court, Eastern District of Louisiana (U.S.D.C.E.D.LA action # 04-

9  1095), filed 1/22/04 (including, as an Exhibit to Notice of Removal, Amended Petition filed in Louisiana

10  24th Judicial District Court on 8/16/03) (Exhibit B-2).

11       U.S.D.C.E.D.LA Order Consolidating *Olagues, et. al. v. Stafford, et. al.*, action # 03-3428, with

12  *Olagues v. Jensen, et. al.*, action # 04-0195, filed 3/17/04 (Exhibit B-3);

13       U.S.D.C.E.D.LA Order Dismissing (both) Actions, filed 4/30/04 (Exhibit B-4);

14       U.S. Court of Appeals, Fifth Circuit Order Dismissing Appeal of U.S.D.C.E.D.LA action #s 03-

15  3428 and 04-0195, filed 7/13/05 (Court of Appeals case # 05-30404) (Exhibit B-5).

16       **Exhibit C:**  *Olagues, et. al v. Kousharian, et. al.*, U.S. District Court, Northern District of

17  California action # 04-2344:

18       Complaint, filed 6/15/04 (Exhibit C-1);

19       Order Dismissing Action, filed 12/22/04 (Exhibit C-2);

20       U.S. Court of Appeals, Ninth Circuit Opinion affirming dismissal, filed 4/10/06 (Court of

21  Appeals case # 05-15114) (Exhibit C-3).

22       **Exhibit D:**  *Olagues v. Jefferson ADA McMahon, et. al*., Louisiana 24th District Court, Jefferson

23  Parish action # 625-989:

24       Complaint, filed 12/1/05 (Exhibit D-1);

25       Judgment Dismissing Action, filed 3/24/06 (Exhibit D-2).

26       **Exhibit E:**  *Olagues v. Kousharian, et. al.*, Marin County Superior Court action # 06-1265:

27       Complaint, filed 3/27/06 (Exhibit E-1);

28       Order Sustaining Demurrer, filed 6/13/06 (Exhibit E-2);

1    Order Granting Motion to Strike, filed 6/20/06 (Exhibit E-3);

2    California Court of Appeal Order Dismissing Appeal (Court of Appeal case # A114642), filed

3    8/15/06 (Exhibit E-4).

4    **Exhibit F:**  *Olagues v. Raab, et. al.*, Marin County Superior Court action # 06-2610:

5    Complaint (exhibits omitted), filed 6/16/06.

6    **Exhibit G:**  *Olagues v. Kousharian, et al.*,  Marin County Superior Court action # 06-3488:

7    Complaint, filed 8/15/06 (Exhibit G-1);

8    Order Sustaining Demurrer and Declaring Plaintiff a Vexatious Litigant, filed 1/12/07 (Exhibit

9    G-2.)

10    **Exhibit H:**  *Olagues v. Klien, et al.*, U.S. Dist. Court, E.D. LA case # 09-3092:

11    Court Docket Sheet (Exhibit H-1);

12    Order Granting Motion to Dismiss and precluding plaintiff from further lawsuits, filed 9/28/09

13    (Exhibit H-2);

14    Amended Order Denying plaintiff's Motion to Amend or Alter Judgment, filed 11/16/09 (Exhibit

15    H-3).

16    **Exhibit I:**  *Olagues v. Letten, et al.*, U.S. Dist. Court, E.D. LA case # 12-2405:

17    Order Denying, based on order in case #09-3092, plaintiff's request to file Petition for

18    Declaratory Judgment.

19    Federal Rule of Evidence 201(b)(2) and (c) requires court to take judicial notice, upon a party

20    requesting judicial notice and supplying the court with necessary information, facts not subject to

21    reasonable dispute, and capable of accurate and ready determination from sources whose accuracy

22    cannot reasonably be questioned.  Court filings are appropriate documents for judicial notice.  (*Reyn's*

23    *Pasta Bella, LLC v. Visa USA Inc.*, 442 F.3d 741, 746, fn. 6 (9th Cir. 2006).

24    For the above-stated reasons, Defendants hereby request that the Court take judicial notice of

25    these documents.

26    DATE:  March_____ ,2014                    STEVEN M. WOODSIDE, COUNTY COUNSEL

27                                                                     _/s/_____

28                                                                     Steven M. Perl, Deputy