IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN OLAGUES,

    Plaintiff,

v.

MARIN DISTRICT ATTORNEY, MARIN COUNTY COUNSEL, LEON KOUSHARIAN, MARIN DA INVESTIGATOR, PATRICIA STAFFORD, PEGGY BENNINGTON, CALIFORNIA ATTORNEY GENERAL, FBI, JEFFERSON PARISH SHERIFF, JEFFERSON PARISH DISTRICT ATTORNEY, and NEW ORLEANS DISTRICT ATTORNEY,

    Defendants.

No. C 14-00818 WHA

**SUA SPONTE REQUEST FOR RELATED CASE DETERMINATION**

    In June 2004, plaintiff John Olagues filed a complaint in regards to an international custody dispute with his ex-wife over their two daughters. That action, No. C 04-02344, was assigned to Judge Jeffrey S. White. In February 2014, Olagues filed with the undersigned judge a petition for declaratory judgment. The petition appears to be made in connection with the events stemming from his international custody dispute. Pursuant to Civil Local Rule 3-12(c), Judge White is requested to please determine whether the above-captioned action, No. C 14-00818, is related to the earlier filed action, No. C 04-02344.

    **IT IS SO ORDERED.**

Dated: May 6, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE