**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN OLAGUES,

       Plaintiff,

  v.

MARIN DISTRICT ATTORNEY, MARIN
COUNTY COUNSEL, LEON
KOUSHARIAN, MARIN DA
INVESTIGATOR, PATRICIA STAFFORD,
PEGGY BENNINGTON, CALIFORNIA
ATTORNEY GENERAL, FBI, JEFFERSON
PARISH SHERIFF, and NEW ORLEANS
DISTRICT ATTORNEY,

       Defendants.

                                  /

No. C 14-00818 WHA

**ORDER CONTINUING
MAY 29 HEARING AND
CASE MANAGEMENT
CONFERENCE**

Two motions to dismiss — filed by defendants Edward S. Berberian and Leon
Kousharian (Dkt. No. 8), and defendant California Attorney General (Dkt. No. 20) — were set
for May 29, 2014.  The hearings for these motions, as well as the case management conference,
are hereby **CONTINUED TO 8 AM ON JUNE 3, 2014**.  Please report to Courtroom 8, on the 19th
floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.
Please also be aware that both sides will still submit a joint case management conference
statement not to exceed ten pages, and not less than seven days prior to June 3, 2014.  In the
event that this action is related to the earlier No. C 04-2344 action, please note that any dates for
noticed motions are automatically vacated.  *See* Civ. L.R. 3-12(g).

    **IT IS SO ORDERED.**

Dated:  May 19, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE