UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN OLAGUES                                    No. C 14-00818 JSW (MEJ)

         Plaintiff(s),          **NOTICE OF REFERRAL FOR**
   v.                                          **DISCOVERY**

MARIN DISTRICT ATTORNEY

         Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     This case has been referred to Magistrate Judge Maria-Elena James for discovery. The parties must comply with Judge James' Discovery Standing Order, which is attached herewith and available on the Court's website at http://www.cand.uscourts.gov/mej.

     The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, within three days from issuance of this notice, the parties shall file a joint statement verifying that they met in person prior to filing the letter.

     Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

     **IT IS SO ORDERED**

Dated: July 16, 2014

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**